### RETURN OF SERVICE

| Case: 1:25−CV−01896−CDB | Court: UNITED STATES DISTRICT COURT for the Eastern District of California | County: | Job: 14824179 (MIA28178) |
|---|---|---|---|
| **Plaintiff / Petitioner:** William Redick | | **Defendant / Respondent:** Hilton Capital Group LLC | |
| **Received by:** A PRECISION INVESTIGATION & CONSULTING, LLC | | **For:** Accurate Serve | |
| **To be served upon:** Hilton Capital Group LLC | | | |

I, Dale Dorning, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Kelly Edwards, Company: 5710 Wooster Pike 320, Cincinnati, OH 45227

**Manner of Service:**          Authorized, Dec 19, 2025, 12:36 pm EST

**Documents:**                  Summons and Complaint (Received Dec 18, 2025 at 5:52pm EST)

**Additional Comments:**
1) Successful Attempt: Dec 19, 2025, 12:36 pm EST at Company: 5710 Wooster Pike 320, Cincinnati, OH 45227 received by Kelly Edwards. Age: 55; Ethnicity: Caucasian; Gender: Female; Weight: 140; Height: 5'4"; Hair: Brown; Relationship: Authorized Agent;
Successful Business Serve

_____    12/19/2025
Dale Dorning                        **Date**
Ohio PI License 201021001629 / Kentucky PI
License 0163

Accurate Serve
4600 Summerlin Road, Ste. C-2-411
Ft Myers, FL 33919