Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN  DISTRICT OF CALIFORNIA

WILLIAM REDICK,

        Plaintiff,

   vs.

HILTON CAPITAL GROUP LLC,

        Defendant.

**Case No. 1:25-cv-01896**

**Hon. Christopher D. Baker**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, William Redick, and Defendant, Hilton Capital Group LLC, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby file this Notice of Voluntary Dismissal *without Prejudice* of the above-styled action.

Dated: February 5, 2026

1

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on February 5, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>s/ Gerald D. Lane, Jr.</u>
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539
*Counsel for Plaintiff*